UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFRY S. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-01158-PJG |
| | ) | |
| v. | ) | Honorable Phillip J. Green |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that plaintiff's motion for Attorney Fees and Expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 21) is **DENIED**.

Dated: August 2, 2017        /s/ Phillip J. Green
                             PHILLIP J. GREEN
                             United States Magistrate Judge